# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CYNTHIA D. HARRIS,                          Civil File No. 10-CV-2171

       Plaintiff,

vs.                                           **STIPULATION OF DISMISSAL**
                                                           **WITH PREJUDICE**

GENERAL ACCOUNT SERVICE, INC.,

       Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Cynthia D. Harris, and the defendant, General Account Service, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                            Respectfully submitted,

Dated: <u>September 15, 2010</u>          By <u>/s/J. Mark Meinhardt</u>
                                                    J. Mark Meinhardt
                                                    4707 College Boulevard, Suite 100
                                                    Leawood, KS 66211
                                                    (913) 451-9797
                                                    (913) 451-6163 (fax)
                                                    ATTORNEY FOR PLAINTIFF

Dated: <u>September 15, 2010</u>          By <u>/s/Louis J. Wade</u>
                                                    Louis J. Wade, #13042
                                                    Mikki L. Copeland, #23240
                                                    Skelly Building, Suite 350
                                                    605 W 47th Street
                                                    Kansas City, MO 64112
                                                    (816) 960-7347
                                                    (816) 753-9996 (fax)
                                                    ATTORNEY FOR DEFENDANT